IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | In Chapter 11 |
| | ) | |
| **DONALD T. KRIHAK,II** | ) | No. 14 B 00574 |
| | ) | |
| Debtor. | ) | Judge Goldgar |

### NOTICE OF MOTION

TO:   SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on the 19th day of August, 2015, at the hour of 10:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable **A. BENJAMIN GOLDGAR,** Bankruptcy Judge, in the Courtroom usually assigned to him, Courtroom 642 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the attached Motion For Entry Of Final Decree, at which time and place you may appear, if you so see fit.

/s/ Joseph E. Cohen
Cohen & Krol
105 W. Madison Street, Suite 1100
Chicago, Illinois 60602
312/368-0300

STATE OF ILLINOIS   )
                    ) SS
COUNTY OF C O O K   )

JOSEPH E. COHEN, being first duly sworn on oath, deposes and states that he served a copy of the foregoing Notice together with a copy of the Application attached hereto on the parties shown on the attached service list, by First Class U.S. Mail or through CM/ECF this 29th day of July, 2015.

/s/ Joseph E. Cohen

## SERVICE LIST

Office of the U.S. Trustee
- *Service by CM/ECF*

Donald T. Krihak, II
25326 N. Elm Road
Lincolnshire, IL 60069
- *Service by First Class Mail*

David Levy
- *Service by CM/ECF*

Michael K. Desmond
- *Service by CM/ECF*

James O. Stola
- *Service by CM/ECF*

Shara C. Cornell
- *Service by CM/ECF*

Mark A. Silverman
- *Service by CM/ECF*

See Attached Service List
- *Service by First Class Mail*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 14-00574<br>Northern District of Illinois<br>Chicago<br>Tue Jul 28 17:14:45 CDT 2015 | BMO Harris Bank N.A. f/k/a Harris N.A.<br>111 W. Monroe St.<br>Chicago, IL 60603-4096 | Figliulo & Silverman, P.C.<br>10 S. LaSalle St., Ste.3600<br>Chicago, IL 60603-1032 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | BMO Harris Bank N.A. f/k/a Harris N.A.<br>Chapman and Cutler LLP<br>c/o Mark A Silverman<br>111 W. Monroe St.<br>Chicago, IL 60603-4080 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Chapman & Cutler<br>111 West Monroe Street<br>Chicago, IL 60603-4080 | Chase<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Chase<br>PO Box 24696<br>Columbus, OH 43224-0696 |
| Daniel Krihak<br>510 Wilmot Rd.<br>Deerfield, IL 60015-3955 | Donald Sr. & Peggy Krihak<br>31 Hamilton Lane<br>Oak Brook, IL 60523-1762 | Fisher & Shapiro<br>2121 Waukegan Road<br>Suite 301<br>Bannockburn, IL 60015-1831 |
| Harris Bank<br>111 West Monroe Street<br>P.O. Box 755<br>Chicago, IL 60690-0755 | JPMorgan Chase Bank, NA<br>c/o Manley Deas Kochalski LLC<br>P.O. Box 165028<br>Columbus, OH 43216-5028 | JPMorgan Chase Bank, National Association<br>Attn: Correspondence Mail<br>Mail Code LA4-5555<br>700 Kansas Lane<br>Monroe LA 71203-4774 |
| James O. Stola<br>3057 N. Rockwell<br>#16<br>Chicago, IL 60618-7917 | Peoples Energy<br>130 E Randolph Dr 20th Floor<br>Chicago, IL 60601-6207 | Specialized Loan Servicing, LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, CO 80129-2386 |
| Suzanne Stepan<br>526 Webster St.<br>Traverse City, MI 49686-2652 | US Bank Trust NA<br>c/o Caliber Home Loans Inc<br>PO BOX 24610<br>Oklahoma City, OK 73124-0610 | Donald T. Krihak II<br>23526 N. Elm Rd.<br>Lincolnshire, IL 60069-2214 |
| E. Philip Groben<br>Cohen and Krol<br>105 W. Madison St., Suite 1100<br>Chicago, IL 60602-4600 | James O Stola<br>3057 North Rockwell<br>Chicago, IL 60618-7917 | Joseph E Cohen<br>Cohen & Krol<br>105 West Madison Suite 1100<br>Chicago, IL 60602-4600 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | | |

    The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
    by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank Of America, N.A.
4161 Piedmont Pkwy
Greensboro, NC 27410

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)JPMorgan Chase Bank, NA        (u)US Bank Trust, N.A.        (d)Figliulo & Silverman, P.C.
                                                                10 S. LaSalle St. Ste 3600
                                                                Chicago, IL 60603-1032

(u)Daniel Krihak                  (u)Peggy Krihak               (u)Suzanne Stepan

End of Label Matrix
Mailable recipients    24
Bypassed recipients     6
Total                  30

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 11 |
| | ) | |
| **DONALD T. KRIHAK,II** | ) | No. 14 B 00574 |
| | ) | |
| Debtor(s). | ) | |

## MOTION FOR ENTRY OF FINAL DECREE

TO THE HONORABLE **A. BENJAMIN GOLDGAR**
BANKRUPTCY JUDGE

Now comes DONALD T. KRIHAK,II, Debtor herein, and respectfully represents unto this Honorable Court as follows:

1. That on January 9, 2014, the above-named Debtor filed the above-captioned Chapter 11 petition.

2. That this Honorable Court entered an Order confirming the Debtor's Plan of Reorganization on October 29, 2014.

3. That the Debtor has made the initial distributions due under the Plan.

4. That the Debtor has substantially complied with all of the terms contained in its confirmed Chapter 11 Plan.

5. That pursuant to 11 U.S.C. Section 1141(d)(5), the Debtor shall not receive a discharge of his debts unless and until after notice and a hearing, this Court grants a discharge either (i) upon completion of all payments under the Plan pursuant to 11 U.S.C. section 1141(d)(5)(A) or (ii) prior to completion of all payments under the Plan, if the Debtor meets the requirements under 11 U.S.C. Section 1141 (d)(5)(B). In order to obtain a discharge, the Debtor will need to reopen the Bankruptcy Case.

WHEREFORE, DONALD T. KRIHAK, II, Debtor herein, prays for the entry of a Final Decree in this matter and an Order directing the Clerk of the United States Bankruptcy Court to close this case, and for such other and further relief as the Court shall deem proper.

        Respectfully submitted,

        DONALD T. KRIHAK, II,
        Debtor-in-Possession


        By: /s/ Joseph E. Cohen
            One of Attorneys for
            Debtor-in-Possession

JOSEPH E. COHEN
GINA B. KROL
E. PHILLIP GROBEN
Cohen & Krol
105 West Madison Street
Suite 1100
Chicago, Illinois 60602
(312) 368-0300