UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 14-00574 |
|---|---|---|
| | ) | |
| DONALD T. KRIHAK, II | ) | Chapter: 11 |
| | ) | |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| Debtor(s) | ) | |

**ORDER FOR ENTRY OF FINAL DECREE**

THIS MATTER BEING HEARD on DONALD T. KRIHAK, II, Debtor herein, Motion For Entry of Final Decree, due notice having been given to all parties in interest and the Court being duly advised,

IT IS HEREBY ORDERED that pursuant to 11 U.S.C. Section 1141(d)(5), the Debtor shall not receive a discharge of his debts unless and until after notice and a hearing, this Court grants a discharge either (i) upon completion of all payments under the Plan pursuant to 11 U.S.C. section 1141(d)(5)(A) or (ii) prior to completion of all payments under the Plan, if the Debtor meets the requirements under 11 U.S.C. Section 1141(d)(5)(B). In order to obtain a discharge, the Debtor will need to reopen the Bankruptcy Case, and

IT IS FURTHER ORDERED that a Final Decree is entered in this matter and that the Clerk of the United States Bankruptcy Court is directed to close this case.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: 19 AUG 2015

**Prepared by counsel of Movant:**

Joseph E. Cohen
Cohen & Krol
105 West Madison St., Suite 1100
Chicago, IL 60602
312-368-0300

Rev: 20101008_bko